**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Karen D. Kremer Jr.<br>         Ronald W. Kremer Jr.<br>                              Debtors | Bankruptcy No. 16-70513-JAD |
| Bank of America, N.A.<br>                              Movant<br>     v.<br>Karen D. Kremer Jr.<br>Ronald W. Kremer Jr.<br>                              Respondent<br>                and<br>TEric E. Bononi, Trustee<br>                              Additional Respondent | Chapter 7<br><br>Related to Doc. # 12 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 15th day of September, 2016, at Pittsburgh, upon Motion of Bank of America, N.A., it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 4X4TWDD25ER345682  2014 FOREST RIV 281QBXL, , in a commercially reasonable manner.

_____
Jeffery A. Deller
Chief United States Bankruptcy Judge

cc: See attached service list:

FILED
9/15/16 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Karen D. Kremer Jr.
73 Penrod Street
Cambria, PA 15902

Ronald W. Kremer Jr.
73 Penrod Street
Cambria, PA 15902

Richard G. Allen
132 Gazebo Park
#150
Johnstown, PA 15901
ecf@johnstownbankruptcy.com

Eric E. Bononi
20 North Pennsylvania Avenue (VIA ECF)
Greensburg, PA 15601
bankruptcy@bononiandbononi.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ronald W. Kremer, Jr.  
Karen D. Kremer  
      Debtors

Case No. 16-70513-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: llea      Page 1 of 1      Date Rcvd: Sep 15, 2016  
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2016.  
db/jdb        +Ronald W. Kremer, Jr.,   Karen D. Kremer,   73 Penrod Street,   Johnstown, PA 15902-3319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2016 at the address(es) listed below:
         Eric E. Bononi     bankruptcy@bononilaw.com, pa69@ecfcbis.com  
         Joshua I. Goldman     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Richard G. Allen    on behalf of Debtor Ronald W. Kremer, Jr. ecf@johnstownbankruptcy.com, mybestcaseecfmail@gmail.com  
         Richard G. Allen    on behalf of Joint Debtor Karen D. Kremer ecf@johnstownbankruptcy.com, mybestcaseecfmail@gmail.com  
                                                                                                                        TOTAL: 5