# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Karen D. Kremer Jr. | |
| Ronald W. Kremer Jr. | |
| Debtors | CHAPTER 7 |
| | |
| Bank of America, N.A., its successors and/or assigns | |
| Moving Party | |
| vs. | |
| | NO. 16-70513 JAD |
| Karen D. Kremer Jr. | |
| Ronald W. Kremer Jr. | |
| Debtors | |
| | |
| Eric E. Bononi | 11 U.S.C. Section 362 |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of Bank of America, N.A., which was filed with the Court on or about **8/22/2016**.

Respectfully submitted,

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
Attorneys for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

September 21, 2016