IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 16-70513 |
| **Ronald W. Kremer, Jr.** | : Chapter 7 |
| **Karen D. Kremer** | : Judge Jeffrey A. Deller |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **The Huntington National Bank** | : Date and Time of Hearing |
| Movant, | : Place of Hearing |
| vs | : December 16, 2016 at 10:00 a.m. |
| | : |
| **Ronald W. Kremer, Jr.** | : U.S. Bankruptcy Court Courtroom B |
| **Karen D. Kremer** | : Penn Traffic Building, 1st Floor 319 |
| | : Washington Street Johnstown, PA |
| **Eric E. Bononi** | : 15901 |
| **Respondents.** | |

NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF HUNTINGTON NATIONAL BANK FOR
RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than November 9, 2016 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on December 16, 2016 at 10:00 a.m. before Judge Jeffrey A. Deller in U.S. Bankruptcy Court, Courtroom B Penn Traffic Building, 1st Floor, 319 Washington Street, Johnstown, PA, 15901.  Only a limited time of ten (10) minutes is being provided on the

16-025736_VMP

calendar.  No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service:   10/21/16

　　　　　　　　　　　　　　　　　　　　　　　/s/ Karina Velter
　　　　　　　　　　　　　　　　　　　　　　Karina Velter, Esquire (94781)
　　　　　　　　　　　　　　　　　　　　　　Kimberly A. Bonner (89705)
　　　　　　　　　　　　　　　　　　　　　　Holly N. Wolf (322153)
　　　　　　　　　　　　　　　　　　　　　　Adam B. Hall (0088234)
　　　　　　　　　　　　　　　　　　　　　　Edward H. Cahill (0088985)
　　　　　　　　　　　　　　　　　　　　　　Kimberly J. Hong (74950)
　　　　　　　　　　　　　　　　　　　　　　Manley Deas Kochalski LLC
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 165028
　　　　　　　　　　　　　　　　　　　　　　Columbus, OH  43216-5028
　　　　　　　　　　　　　　　　　　　　　　Telephone: 614-220-5611
　　　　　　　　　　　　　　　　　　　　　　Fax: 614-627-8181
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Creditor
　　　　　　　　　　　　　　　　　　　　　　The case attorney for this file is Karina Velter.
　　　　　　　　　　　　　　　　　　　　　　Contact email is kvelter@manleydeas.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | Case No.: 16-70513 |
| **Ronald W. Kremer, Jr.** | Chapter 7 |
| **Karen D. Kremer** | Judge Jeffrey A. Deller |
| | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **The Huntington National Bank** | Date and Time of Hearing |
| Movant, | Place of Hearing |
| vs | December 16, 2016 at 10:00 a.m. |
| | |
| **Ronald W. Kremer, Jr.** | U.S. Bankruptcy Court |
| **Karen D. Kremer** | Courtroom B, Penn Traffic Building |
| | 1st Floor 319 Washington Street |
| **Eric E. Bononi** | Johnstown, PA 15901 |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF RESPONSE DEADLINE, AND HEARING DATE AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY BECAUSE STATEMENT OF INTENT PROPOSES SURRENDER OF PROPERTY (FIRST MORTGAGE)

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __October 21, 2016__.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __first-class mail and/or electronic notification__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for

16-025736_VMP

each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:    10/21/16

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

16-025736_VMP

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

Eric E. Bononi, Chapter 7 Trustee, 20 North Pennsylvania Avenue, Greensburg, PA  15601 (notified by ecf)

Richard G. Allen, Attorney for Debtor, 132 Gazebo Park, #150, Johnstown, PA  15901 (notified by ecf)

Ronald W. Kremer, Jr.Karen D. KremerDebtor, 73 Penrod Street, Johnstown, PA  15902 (notified by regular US Mail)

16-025736_VMP