## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Karen D. Kremer Jr.
           Ronald W. Kremer Jr.

                   Debtors

Bank of America, N.A.

                Moving Party

          v.

Karen D. Kremer Jr.
Ronald W. Kremer Jr.

            and

Eric E. Bononi

                Respondents

CHAPTER 7
BK NO: 16-70513 JAD

### CERTIFICATE OF SERVICE

       I, the undersigned, certify that I served or caused to be served, on October 31, 2016, a copy of the above Certificate of No Objection filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Eric E. Bononi
20 North Pennsylvania Avenue (VIA ECF)
Greensburg, PA 15601
bankruptcy@bononiandbononi.com

Richard G. Allen
132 Gazebo Park
#150
Johnstown, PA 15901
ecf@johnstownbankruptcy.com

Karen D. Kremer Jr.
73 Penrod Street
Cambria, PA 15902

Ronald W. Kremer Jr.
73 Penrod Street
Cambria, PA 15902

Method of Service:    Mail first class; Specify if other:

Date:  October 31, 2016

                            **/s/ Joshua I. Goldman, Esquire**
                            Joshua I. Goldman, Esquire
                            jgoldman@kmllawgroup.com
                            Attorney I.D. No. 205047
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106
                            Phone: 215-825-6311, Fax: 215-825-6411
                            Attorney for Movant/Applicant