# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Karen D. Kremer
   Ronald W. Kremer Jr.

        Debtors

Bank of America, N.A.

        Movant

      v.

Karen D. Kremer
Ronald W. Kremer Jr.

        Respondent

     and

Eric E. Bononi, Trustee

        Additional Respondent

**DEFAULT O/E JAD**

Bankruptcy No. 16-70513-JAD

Chapter 7

Related to Doc. # 23

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

   **AND NOW**, this <u>31st</u> day of <u>October</u>, 2016, upon Motion of Bank of America, N.A., it is:

   **ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the  4X4TWDD25ER345682 2014 FOREST RIV 281QBXL WILDWOOD, , in a commercially reasonable manner.

         _____

         Jeffery A. Deller   mas
         Chief United States Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
  Karen D. and Ronald W. Kremer, Jr.
  Richard G. Allen, Esquire
  Joshua L. Goldman, Esquire
  Eric E. Bononi, Esquire
  Office of United States Trustee

FILED
10/31/16 1:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-70513-JAD
Ronald W. Kremer, Jr.                                              Chapter 7
Karen D. Kremer
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: culy          Page 1 of 1          Date Rcvd: Oct 31, 2016
                           Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2016.
db/jdb        +Ronald W. Kremer, Jr.,    Karen D. Kremer,    73 Penrod Street,    Johnstown, PA 15902-3319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2016 at the address(es) listed below:
              Eric E. Bononi    bankruptcy@bononilaw.com,  pa69@ecfcbis.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Karina  Velter   on behalf of Creditor    The Huntington National Bank amps@manleydeas.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Richard G. Allen    on behalf of Debtor Ronald W. Kremer, Jr. ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com
              Richard G. Allen    on behalf of Joint Debtor Karen D. Kremer ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com

                                                                              TOTAL: 6