FILED
11/30/16 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Bankruptcy No. 16-70513-JAD |
| Ronald W. Kremer, Jr. | : Chapter 7 |
| Karen D. Kremer | : Judge Jeffrey A. Deller |
| | : Related To Doc. # 26 |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| The Huntington National Bank | : Date and Time of Hearing |
| Movant, | : Place of Hearing |
| vs | : December 16, 2016 at 10:00 a.m. |
| | : |
| Ronald W. Kremer, Jr. | : U.S. Bankruptcy Court |
| Karen D. Kremer | : Courtroom B, Penn Traffic Building, 1st Floor |
| | : 319 Washington Street |
| Eric E. Bononi | : Johnstown, PA 15901 |
| Respondents. | |

### ORDER OF COURT

AND NOW, to wit, this 30th day of November, 2016, upon consideration of the Motion for Relief from the Automatic Stay filed by The Huntington National Bank ("Creditor"), it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of The Huntington National Bank in and to the Collateral known as VIN# 1FTFW1EV7AKE00596, 2010 Ford F150, and more particularly described in the Loan Agreement, dated July 24, 2015.

Creditor requests that further compliance with Federal Rule of Bankruptcy Procedure 3002.1 be waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____
~~JEFFREY~~ A. DELLER, JUDGE
CHIEF UNITED STATES BANKRUPTCY COURT

CC:
Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

16-025736_VMP

Eric E. Bononi, Chapter 7 Trustee, 20 North Pennsylvania Avenue, Greensburg, PA  15601
(notified by ecf)

Richard G. Allen, Attorney for Debtor, 132 Gazebo Park, #150, Johnstown, PA  15901
(notified by ecf)

Ronald W. Kremer, Jr.Karen D. KremerDebtor, 73 Penrod Street, Johnstown, PA  15902
(notified by regular US Mail)

16-025736_VMP

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ronald W. Kremer, Jr.
Karen D. Kremer
    Debtors

Case No. 16-70513-JAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: aala     Page 1 of 1     Date Rcvd: Nov 30, 2016
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2016.
db/jdb       +Ronald W. Kremer, Jr.,   Karen D. Kremer,   73 Penrod Street,   Johnstown, PA 15902-3319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                               Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2016 at the address(es) listed below:
         Eric E. Bononi     bankruptcy@bononilaw.com, pa69@ecfcbis.com
         Joshua I. Goldman     on behalf of Creditor     BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         Karina    Velter     on behalf of Creditor     The Huntington National Bank amps@manleydeas.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Richard G. Allen     on behalf of Debtor Ronald W. Kremer, Jr. ecf@johnstownbankruptcy.com, mybestcaseecfmail@gmail.com
         Richard G. Allen     on behalf of Joint Debtor Karen D. Kremer ecf@johnstownbankruptcy.com, mybestcaseecfmail@gmail.com
                                                                                         TOTAL: 6