**Form 129**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ronald W. Kremer Jr.**
**Karen D. Kremer**
    Debtor(s)

Bankruptcy Case No.: 16–70513–JAD

Chapter: 7

## **FINAL DECREE**

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Eric E. Bononi is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: December 14, 2016

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-70513-JAD
Ronald W. Kremer, Jr.                                                           Chapter 7
Karen D. Kremer
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7         User: aala           Page 1 of 1              Date Rcvd: Dec 14, 2016
                            Form ID: 129          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
db            +Ronald W. Kremer, Jr.,     73 Penrod Street,    Johnstown, PA 15902-3319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
              Eric E. Bononi     bankruptcy@bononilaw.com,  pa69@ecfcbis.com
              Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor   The Huntington National Bank amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard G. Allen    on behalf of Debtor Ronald W. Kremer, Jr. ecf@johnstownbankruptcy.com,
              mybestcaseecfmail@gmail.com
              Richard G. Allen    on behalf of Joint Debtor Karen D. Kremer ecf@johnstownbankruptcy.com,
              mybestcaseecfmail@gmail.com

                                                                                        TOTAL: 6